

# Earnings Statement

FUJIREBIO DIAGNOSTICS
201 GREAT VALLEY PARKWAY
MALVERN, PA 19355
CO PH NUMBER 610-240-3807

Period Beginning: 08/14/2021
Period Ending: 08/27/2021
Pay Date: 09/03/2021

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
PA: N/A

DELENA L REEVES
722 W HOFFECKER RD
POTTSTOWN PA 19465

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.2500 | 76.00 | 1,995.00 | 27,708.78 |
| Pto | 26.2500 | 4.00 | 105.00 | 3,157.13 |
| Overtime | | | | 2,913.86 |
| Bonus | | | | 5,136.29 |
| COVID-19 | | | | 1,878.80 |
| Ff-Psl-Ee | | | | 1,878.80 |
| Holiday Pay | | | | 1,591.20 |
| **Gross Pay** | | | **$2,100.00** | 44,264.86 |

Your federal taxable wages this period are $1,950.00

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gross Wages | 2,100.00 | 44,264.86 |
| Medical | 150.00 | 2,700.00 |
| Psle-Cr Er Fica | | 107.42 |
| Totl Hrs Worked | 76.00 | |
| Holiday Hours | | 64.00 |
| Pto | | 124.50 |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -195.67 | 4,976.98 |
| | Social Security Tax | -120.90 | 2,577.02 |
| | Medicare Tax | -28.27 | 602.69 |
| | PA State Income Tax | -59.87 | 1,276.07 |
| | North Covent Income Tax | -24.38 | 519.61 |
| | PA SUI Tax | -1.26 | 26.56 |
| | **Other** | | |
| | Loc Serv Tax | -2.00 | 36.00 |
| | Medical | -150.00* | 2,700.00 |
| | ACA REBATE | | -18.73 |
| **Net Pay** | | **$1,517.65** | |
| Checking | | -1,517.65 | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages



FUJIREBIO DIAGNOSTICS
201 GREAT VALLEY PARKWAY
MALVERN, PA 19355
CO PH NUMBER 610-240-3807

Advice number: 00000350089
Pay date: 09/03/2021

Deposited to the account of
DELENA L REEVES

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx8331 | xxxx xxxx | $1,517.65 |

© 2000 ADP, LLC

**NON-NEGOTIABLE**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KH / E75 25471911 | 01/ | 1727255 | 1 of 1 |

Moonlight Office Cleaners Inc
1289 Laurelwood Rd
Pottstown, PA 19465-7469

# Earnings Statement



Period Starting: 08/30/2021
Period Ending: 09/12/2021
Pay Date: 09/14/2021

Taxable Filing Status: Head Of Household
Exemptions/Allowances:
  Federal:   Std W/H Table
  State:     0
  Local:     0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:
  State:
  Local:

Delena L Reeves
722 W Hoffecker Road
Pottstown, PA 19465

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.5000 | 31.75 | 428.63 | 428.63 |
| Overtime | 20.2500 | 4.00 | 81.00 | 81.00 |
| Gross Pay | | | $509.63 | $509.63 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -31.60 | 31.60 |
| Medicare | -7.39 | 7.39 |
| Pennsylvania State Income | -15.65 | 15.65 |
| Pennsylvania State UI | -0.31 | 0.31 |
| N Coventry T Local Income | -6.37 | 6.37 |
| North Coventry Twp Local | -2.00 | 2.00 |
| Net Pay | $446.31 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 35.75 | 35.75 |

Deposits
| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8331 | XXXXXXXXX | 446.31 |

Important Notes
Basis of pay: Hourly

Your federal taxable wages this period are $509.63

Moonlight Office Cleaners Inc
1289 Laurelwood Rd
Pottstown, PA 19465-7469

Pay Date:   09/14/2021

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8331 | XXXXXXXXX | 446.31 |

THIS IS NOT A CHECK

# Earnings Statement

ADP

FUJIREBIO DIAGNOSTICS
201 GREAT VALLEY PARKWAY
MALVERN, PA 19355
CO PH NUMBER 610-240-3807

Period Beginning: 08/28/2021
Period Ending: 09/10/2021
Pay Date: 09/17/2021

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA: N/A

DELENA L REEVES
722 W HOFFECKER RD
POTTSTOWN PA 19465

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.2500 | 72.00 | 1,890.00 | 29,598.78 |
| Holiday Pay | 26.2500 | 8.00 | 210.00 | 1,801.20 |
| Overtime | | | | 2,913.86 |
| Bonus | | | | 5,136.29 |
| COVID-19 | | | | 1,878.80 |
| Ff-Psl-Ee | | | | 1,878.80 |
| Pto | | | | 3,157.13 |
| **Gross Pay** | | | **$2,100.00** | 46,364.86 |

Your federal taxable wages this period are $1,950.00

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Gross Wages | 2,100.00 | 46,364.86 |
| Medical | 150.00 | 2,850.00 |
| Psle-Cr Er Fica | | 107.42 |
| Totl Hrs Worked | 72.00 | |
| Holiday Hours | | 72.00 |
| Pto | | 124.50 |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -195.67 | 5,172.65 |
| | Social Security Tax | -120.90 | 2,697.92 |
| | Medicare Tax | -28.28 | 630.97 |
| | PA State Income Tax | -59.87 | 1,335.94 |
| | North Covent Income Tax | -24.38 | 543.99 |
| | PA SUI Tax | -1.26 | 27.82 |
| | **Other** | | |
| | Loc Serv Tax | -2.00 | 38.00 |
| | Medical | -150.00* | 2,850.00 |
| | ACA REBATE | | -18.73 |
| **Net Pay** | | **$1,517.64** | |
| Checking | | -1,517.64 | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages

© 2000 ADP, LLC

FUJIREBIO DIAGNOSTICS
201 GREAT VALLEY PARKWAY
MALVERN, PA 19355
CO PH NUMBER 610-240-3807

Advice number: 00000370088
Pay date: 09/17/2021

Deposited to the account of
DELENA L REEVES

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8331 | xxxx xxxx | $1,517.64 |


THIS IS NOT A CHECK

# NON-NEGOTIABLE

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| KH / E75 25471911 | 01/ | 1768040 | 1 of 1 |

Moonlight Office Cleaners Inc
1289 Laurelwood Rd
Pottstown, PA 19465-7469

**Earnings Statement** 

Period Starting: 09/13/2021
Period Ending: 09/26/2021
Pay Date: 09/28/2021

Taxable Filing Status: Head Of Household
Exemptions/Allowances:
  Federal:  Std W/H Table
  State: 0
  Local: 0
Social Security Number: XXX-XX-XXXX

Tax Override:
  Federal:
  State:
  Local:

Delena L Reeves
722 W Hoffecker Road
Pottstown, PA 19465

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 13.5000 | 29.25 | 394.88 | 858.39 |
| Regular | 15.5000 | 2.25 | 34.88 | |
| Overtime | | | 0.00 | 81.00 |
| Gross Pay | | | $429.76 | $939.39 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 31.50 | 67.25 |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8331 | XXXXXXXXX | 376.08 |

**Important Notes**
Basis of pay: Hourly

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -26.64 | 58.24 |
| Medicare | -6.23 | 13.62 |
| Pennsylvania State Income | -13.19 | 28.84 |
| Pennsylvania State UI | -0.25 | 0.56 |
| N Coventry T Local Income | -5.37 | 11.74 |
| North Coventry Twp Local | -2.00 | 4.00 |
| Net Pay | $376.08 | |

Your federal taxable wages this period are $429.76

Moonlight Office Cleaners Inc
1289 Laurelwood Rd
Pottstown, PA 19465-7469

Pay Date: 09/28/2021

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8331 | XXXXXXXXX | 376.08 |

# Earnings Statement

**ADP**

FUJIREBIO DIAGNOSTICS
201 GREAT VALLEY PARKWAY
MALVERN, PA 19355
CO PH NUMBER 610-240-3807

Period Beginning: 07/31/2021
Period Ending: 08/13/2021
Pay Date: 08/20/2021

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
PA: N/A

DELENA L REEVES
722 W HOFFECKER RD
POTTSTOWN PA 19465

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.2500 | 78.00 | 2,047.50 | 25,713.78 |
| Overtime | 39.3750 | 1.50 | 59.06 | 2,913.86 |
| Pto | 26.2500 | 2.00 | 52.50 | 3,052.13 |
| Bonus | | | | 5,136.29 |
| COVID-19 | | | | 1,878.80 |
| Ff-Psl-Ee | | | | 1,878.80 |
| Holiday Pay | | | | 1,591.20 |
| **Gross Pay** | | | **$2,159.06** | 42,164.86 |

Your federal taxable wages this period are $2,009.06

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Gross Wages | 2,159.06 | 42,164.86 |
| Medical | 150.00 | 2,550.00 |
| Psle-Cr Er Fica | | 107.42 |
| Totl Hrs Worked | 79.50 | |
| Holiday Hours | | 64.00 |
| Pto | | 120.50 |

**Important Notes**
BASIS OF PAY: HOURLY

**Deductions**

**Statutory**

| | | |
|---|---|---|
| Federal Income Tax | -208.66 | 4,781.31 |
| Social Security Tax | -124.56 | 2,456.12 |
| Medicare Tax | -29.14 | 574.42 |
| PA State Income Tax | -61.68 | 1,216.20 |
| North Covent Income Tax | -25.11 | 495.23 |
| PA SUI Tax | -1.30 | 25.30 |

**Other**

| | | |
|---|---|---|
| Loc Serv Tax | -2.00 | 34.00 |
| Medical | -150.00* | 2,550.00 |
| ACA REBATE | | -18.73 |
| **Net Pay** | **$1,556.61** | |
| Checking | -1,556.61 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

---

FUJIREBIO DIAGNOSTICS
201 GREAT VALLEY PARKWAY
MALVERN, PA 19355
CO PH NUMBER 610-240-3807

Advice number: 00000330088
Pay date: 08/20/2021

Deposited to the account of
DELENA L REEVES

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8331 | xxxx xxxx | $1,556.61 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

© 2000 ADP, LLC

# Earnings Statement

**ADP**

FUJIREBIO DIAGNOSTICS
201 GREAT VALLEY PARKWAY
MALVERN, PA 19355
CO PH NUMBER 610-240-3807

Period Beginning: 07/17/2021
Period Ending: 07/30/2021
Pay Date: 08/06/2021

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA: N/A

DELENA L REEVES
722 W HOFFECKER RD
POTTSTOWN PA 19465

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.2500 | 72.00 | 1,890.00 | 23,666.28 |
| Pto | 26.2500 | 8.00 | 210.00 | 2,999.63 |
| Overtime | | | | 2,854.80 |
| Bonus | | | | 5,136.29 |
| COVID-19 | | | | 1,878.80 |
| Ff-Psl-Ee | | | | 1,878.80 |
| Holiday Pay | | | | 1,591.20 |
| **Gross Pay** | | | **$2,100.00** | 40,005.80 |

Your federal taxable wages this period are $1,950.00

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gross Wages | 2,100.00 | 40,005.80 |
| Medical | 150.00 | 2,400.00 |
| Psle-Cr Er Fica | | 107.42 |
| Totl Hrs Worked | 72.00 | |
| Holiday Hours | | 64.00 |
| Pto | | 118.50 |

**Important Notes**
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -195.67 | 4,572.65 |
| | Social Security Tax | -120.90 | 2,331.56 |
| | Medicare Tax | -28.27 | 545.28 |
| | PA State Income Tax | -59.87 | 1,154.52 |
| | North Covent Income Tax | -24.38 | 470.12 |
| | PA SUI Tax | -1.26 | 24.00 |
| | **Other** | | |
| | Loc Serv Tax | -2.00 | 32.00 |
| | Medical | -150.00* | 2,400.00 |
| | ACA REBATE | | -18.73 |
| | **Net Pay** | **$1,517.65** | |
| | Checking | -1,517.65 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

© 2000 ADP, LLC

FUJIREBIO DIAGNOSTICS
201 GREAT VALLEY PARKWAY
MALVERN, PA 19355
CO PH NUMBER 610-240-3807

Advice number: 00000310088
Pay date: 08/06/2021



Deposited to the account of
DELENA L REEVES

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8331 | xxxx xxxx | $1,517.65 |

# NON-NEGOTIABLE