**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Delena Lorraine Reeves                    CHAPTER 13
                    Debtor(s)

                                                 BKY. NO. 21-12874 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of MATRIX FINANCIAL SERVICES CORP. and index same on the master mailing list.

                         Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
01 Nov 2021, 14:30:32, EDT

                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322