# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Delena Lorraine Reeves, | : | Chapter 13 |
| Debtor | : | Case No.: 21-12874-elf |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed December 2, 2021 was forwarded to the following parties, as follows:

*Via First Class USPS Mail on December 2, 2021:*

Ketan Sawarkar, Claims Processor
AIS Portfolio Services, LP
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City OK 73118

All other creditors on the mailing matrix not otherwise notified by ECF.

*Via Electronic Filing (ECF) on December 2, 2021:*

Rebecca Ann Solarz, Esquire on behalf of Matrix Financial Services Corp.
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

Kenneth E. West, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                                                             **ROSS, QUINN & PLOPPERT, P.C.**

                                      By:      */s/ Joseph Quinn*
                                                        Joseph Quinn, Esquire
                                                        192 S. Hanover Street, Suite 101
                                                        Pottstown, PA 19464
                                                         T: 610.323.5300
                                                        F: 610.323.6081
                                                         jquinn@rqplaw.com
Date: December 2, 2021                            Counsel for Debtor

1