United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 21-12874-elf |
|---|---|
| Delena Lorraine Reeves | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 12, 2022 | Form ID: 155 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Delena Lorraine Reeves, 722 W. Hoffecker Road, Pottstown, PA 19465-7820 |
| 14644511 | + | Fedloan, Attn: Bankruptcy, Po Box 60610, Harrisburg, PA 17106-0610 |
| 14650194 | + | JPMorgan Chase Bank, N.A., P.O. Box 15368, Wilmington DE 19850-5368 |
| 14649971 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14644513 | + | LendingUSA, Attn: Bankruptcy, 15303 Ventura Blvd, Ste 850, Sherman Oaks, CA 91403-6630 |
| 14647453 | + | MATRIX FINANCIAL SERVICES CORP., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14647576 | + | Matrix Financial Service Corp., c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14645937 | + | Navient Solutions, LLC. on behalf of, ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 14646927 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 14644520 | + | Thomas Nolan, Esq., Zwicker & Associates, P.C., 3220 Tillman Drive, Suite 215, Bensalem, PA 19020-2028 |
| 14650959 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14644507 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 13 2022 00:09:07 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14645932 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 13 2022 00:09:02 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14652201 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 13 2022 00:09:11 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14646253 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 13 2022 00:09:11 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14644514 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 13 2022 00:09:12 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14655763 | | Email/Text: bnc-quantum@quantum3group.com | Jan 13 2022 00:07:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14646203 | | Email/Text: mrdiscen@discover.com | Jan 13 2022 00:07:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14644509 | + | Email/Text: mrdiscen@discover.com | Jan 13 2022 00:07:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14644510 | + | Email/Text: dplbk@discover.com | Jan 13 2022 00:07:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 14647661 | + | Email/Text: dplbk@discover.com | Jan 13 2022 00:07:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14648103 | + | Email/Text: dplbk@discover.com | | |

Case 21-12874-elf    Doc 21    Filed 01/14/22    Entered 01/15/22 00:32:01    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 12, 2022 | Form ID: 155 | Total Noticed: 32 |

| | | | |
|---|---|---|---|
| | | Jan 13 2022 00:07:00 | Discover Personal Loans, PO Box 6105, Carol Stream IL 60197-6105 |
| 14652111 | Email/Text: cashiering-administrationservices@flagstar.com | | |
| | | Jan 13 2022 00:07:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 14644512 | + Email/Text: cashiering-administrationservices@flagstar.com | | |
| | | Jan 13 2022 00:07:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14644508 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Jan 13 2022 00:09:02 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14644515 | + Email/PDF: pa_dc_claims@navient.com | | |
| | | Jan 13 2022 00:09:02 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 14644956 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jan 13 2022 00:09:07 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14644833 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jan 13 2022 00:09:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14644516 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jan 13 2022 00:09:06 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14644517 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jan 13 2022 00:09:06 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14644518 | Email/Text: bankruptcy@td.com | | |
| | | Jan 13 2022 00:07:00 | TD Bank, Attn: Bankruptcy/TD Card Srvs, Po Box 84037, Columbus, GA 31908 |
| 14644519 | Email/Text: bankruptcy@td.com | | |
| | | Jan 13 2022 00:07:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 14, 2022           Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSEPH L QUINN | on behalf of Debtor Delena Lorraine Reeves CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 12, 2022 | Form ID: 155 | Total Noticed: 32 |

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Delena Lorraine Reeves
        Debtor(s)

Chapter: 13

Bankruptcy No: 21−12874−elf

___

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this January 11,2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Eric L. Frank
Judge ,
United States Bankruptcy Court

19 − 8
Form 155