Certificate Number: 05781-PAE-DE-036522680

Bankruptcy Case Number: 21-12874



05781-PAE-DE-036522680

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 4, 2022, at 6:31 o'clock AM PDT, Delena Reeves completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   May 4, 2022                     By:    /s/Allison M Geving

                                        Name:  Allison M Geving

                                        Title: President