United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 21-12874-pmm

Delena Lorraine Reeves                                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2

Date Rcvd: Dec 13, 2024      Form ID: trc      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14931103 | + Email/Text: servicingmailhub@flagstar.com | Dec 14 2024 00:02:00 | FLAGSTAR BANK, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2024 at the address(es) listed below:

**Name**      **Email Address**

DENISE ELIZABETH CARLON
    on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor FLAGSTAR BANK  FSB bkgroup@kmllawgroup.com

JOSEPH L QUINN
    on behalf of Debtor Delena Lorraine Reeves CourtNotices@rqplaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 13, 2024 | Form ID: trc | Total Noticed: 1 |

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 21-12874-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Delena Lorraine Reeves
722 W. Hoffecker Road
Pottstown PA 19465

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/12/2024.

Name and Address of Alleged Transferor(s):

Claim No. 11: FLAGSTAR BANK, N.A., 5151 Corporate Drive, Troy, MI 48098

Name and Address of Transferee:

Nationstar Mortgage, LLC
Mr. Cooper
P.O. Box 619096
Dallas, TX 75261-9741

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/15/24

Tim McGrath
**CLERK OF THE COURT**