UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Delena Lorraine Reeves, | : | Chapter 13 |
| Debtor | : | Bky. No.: 21-12874-pmm |

## CERTIFICATION OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor, certify that on March 5, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all paties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Modified Chapter 13 Plan (Post-Confirmation)

- Motion to Modify Plan

- Notice of Motion

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: March 5, 2025        By:    */s/ Joseph Quinn*
                                   Joseph Quinn, Esquire
                                   Attorney I.D. No. 307467
                                   **ROSS, QUINN & PLOPPERT, P.C.**
                                   192 S. Hanover Street, Suite 101
                                   Pottstown, PA 19464
                                   T: 610.323.5300
                                   JQuinn@rqplaw.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to next page if necessary.)

Denise Elizabeth Carlon, Esq.
bkgroup@kmllawgroup.com
Attorney for Flagstar Bank
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

1

Denise Elizabeth Carlon, Esq.
bkgroup@kmllawgroup.com
Attorney for Matrix Financial Services Corp.
Via:  ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
      ☐ Other:

Navient Solutions, LLC, on behalf of ECMC
PO Box 16408
St Paul, MN 55116-0478
Creditor
Via:  ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
      ☐ Other:

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025
Creditor
Via:  ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
      ☐ Other:

TD Bank, N.A.
PO Box 1931
Burlingame, CA 94011
Creditor
Via:  ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
      ☐ Other:

Discover Personal Loans
PO Box 30954
Salt Lake City, UT 84130
Creditor
Via:  ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
      ☐ Other:

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
PO Box 9013
Addison, TX 75001
Creditor
Via:  ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
      ☐ Other:

US Dept. of Education
120 N. Seven Oaks Dr.
Knoxville, TN 37922
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Nationstar Mortgage, LLC
Mr. Cooper
PO Box 619096
Dallas, TX 75261-9741
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Capital One Auto Finance, a division of Capital One
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA 98083-0657
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

LendingUSA
Attn: Bankruptcy
15303 Ventura Blvd, Suite 850
Sherman Oaks, CA 91403
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Macys/fdsb
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040
Creditor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
☐ Other:

Synchrony Bank/Care Credit
Attn: Bankruptcy Dept.
PO Box 965064
Orlando, FL 32896
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
☐Other:

Synchrony Bank/QVC
Attn: Bankruptcy Dept.
PO Box 965060
Orlando, FL 32896
Creditor
Via:    ☐ CM/ECF    ☒1st Class Mail    ☐Certified Mail    ☐e-mail:
☐Other:

Kenneth E. West, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com
Chapter 13 Trustee
Via:    ☒ CM/ECF    ☐1st Class Mail    ☐Certified Mail    ☐e-mail:
☐Other:

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov
United States Trustee
Via:    ☒ CM/ECF    ☐1st Class Mail    ☐Certified Mail    ☐e-mail:
☐Other: