UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Delena Lorraine Reeves,          :          Chapter 13
                                Debtor          :          Bky. No.:  21-12874-pmm

## ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW, upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (doc. #33), the "Motion";

It is hereby **ordered** that

1)  The Motion is **granted**; and

2)  The Modified Plan (doc. # 32) is **approved**.

Date:   4/15/25

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE