UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Delena Lorraine Reeves,         :         Chapter 13
                Debtor          :         No. : 21-12874-pmm

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Delena Lorraine Reeves, debtor in the above-captioned matter.

2. That a copy of the Supplemental Application for Compensation filed with the Court on April 17, 2025 along with the Notice of Application and Certificate of Service were timely served on parties in interest on April 17, 2025.

3. A response deadline to the application was due on or before May 8, 2025.

4. As of May 27, 2025, no response to said Application has been received.

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph L. Quinn*_____
Joseph L. Quinn, Esquire
Attorney for Debtor
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
Ph: (610) 323-5300

Dated: May 27, 2025